UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN ALEXANDER BOLDEN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. C19-1289RSM<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Defendant United States of America's Motion for Extension of Time to file an Answer to Mr. Bolden's § 2255 Petition. Dkt. #7.

On September 17, 2019, the Court issued its standard order in § 2255 cases, directing the Government to file and serve an Answer within 45 days. Dkt. #4. That deadline passed on November 1, 2019.

On November 7, 2019, the Government filed the instant Motion, erroneously stating that its deadline to file an answer was November 7. The Government seeks two additional weeks, with a new deadline of November 21, 2019. The reasons for this request are that the assigned AUSA has been busy with other cases and that input and documents need to be obtained from other sources, including the Los Angeles County District Attorney's Office and the Superior

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1

Court of Los Angeles. Dkt. #6 at 1–2. The Government notes that it has not contacted Petitioner Bolden to see if he would stipulate to this extension.

Local Civil Rule 7(j), Motion for Relief rom a Deadline, states that such a motion should be filed "sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline," that parties should not assume that the motion will be granted, and that in cases of unforeseen emergency the party seeking the relief should contact the adverse party and file a stipulation. The Government has failed to comply with this rule. The Court also notes that the Government's reasons for seeking this relief are not particularly well-explained.

However, given that the Answer is essential to proceeding with this case, and that the extension of time is short, the Court will grant this request. The new deadline is **November 21, 2019**. The Court advises the Government to more carefully review the Court's deadlines and the above requirements of the Local Rules.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Defendant United States of America's Motion for Extension of Time, Dkt. #7, is GRANTED.

DATED this 13th day of November, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE