# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN ALEXANDER BOLDEN,<br><br>        Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Plaintiff-Respondent. | NO. CV19-1289 RSM<br>(CR13-0201RSM)<br><br>ORDER TO FILE AN OVERLENGTH RESPONSE |

The Court having reviewed the Government's Motion to File a Response in Excess of 12 Pages, enters the following:

IT IS HEREBY ORDERED that the motion is GRANTED: The Government may file a response in excess of 12 pages.

DATED this 22nd day of November 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ David Reese Jennings*
DAVID REESE JENNINGS
Assistant United States Attorney

ORDER TO FILE OVERLENGTH
RESPONSE, *U.S. v. Bolden*, CV19-1289RSM - 1