UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN ALEXANDER BOLDEN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. C19-1289RSM<br><br>MINUTE ORDER STRIKING MOTION FOR SUMMARY JUDGMENT AS PROCEDURALLY INVALID |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge: Petitioner has filed a Motion to Vacate, Set Aside, or Correct sentence pursuant to 28 U.S.C. § 2255. Dkt. #1. On November 13, 2019, the Court issued an Order granting Defendant United States of America an extension of time to file an Answer. Dkt. #7. On November 19, 2019, Petitioner moved for summary judgment, arguing that the United States "has failed to respond as ordered." Dkt. #8 at 2. The Court believes Petitioner was unaware that the United States was granted the extension of time due to a delay in receiving filings through the mail. The United States has now filed a timely Answer. Dkt. #10. The Court now STRIKES Petitioner's Motion for Summary Judgment as procedurally invalid and duplicative of the briefing permitted in §2255 cases. *See* Rules Governing Section 2255 Proceedings for the United States District Courts. Petitioner still has an opportunity to file a Reply to the Answer by December 20, 2019. *See* Dkt. #4 at 2.

DATED this 22nd day of November, 2019.

WILLIAM McCOOL, Clerk
By: /s/ Paula McNabb
Deputy Clerk

MINUTE ORDER - 1