UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN ALEXANDER BOLDEN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. C19-1289RSM<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY AND STRIKING PETITIONER'S OTHER MOTIONS AS MOOT |

This matter comes before the Court on Petitioner Bolden's Motion for Extension of Time to File Reply. Dkt. #16. This Motion is unopposed by the Government. Dkt. #17.

The Court finds good cause to extend the deadline for Petitioner's Reply brief in support of his underlying 2255 petition due to a delay in Petitioner's receipt of the Government's Response brief. The Court is troubled by Petitioner's inability to receive mail related to this case and will order the Clerk to mail to Petitioner a copy of the Government's Response. Petitioner's other Motions are moot as they are duplicative and/or simply state an objection to the Government's late Response brief, which was permitted by the Court in a prior Order.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS:

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1

1) Petitioner Bolden's Motion for Extension of Time to File Reply (Dkt #16) is GRANTED. The deadline for Petitioner to submit his Reply brief is extended to **January 31, 2020**. The Court has set this deadline to provide Petitioner approximately 30 days to draft his Reply after receiving the Government's Response brief.

2) Petitioner's Motion in Objection to United States' Late Filing of 2255 Response, Dkt. #13, is DENIED AS MOOT. The Court has taken note of Petitioner's objection.

3) Petitioner's Motion for Extension, Dkt. #18, is DENIED AS MOOT.

4) The Court directs the Clerk to mail Petitioner a copy of the Government's Response brief, Dkt. #10, along with this Order.

DATED this 27th day of December, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 2